# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAC, LLC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
LINDA MARIE BELL, DISTRICT
JUDGE,
Respondents,
  and
LILY SHEPARD; JANE DOE DANCER
I; JANE DOE DANCER IV; AND JANE
DOE DANCER V, INDIVIDUALLY ON
BEHALF OF SIMILARLY SITUATED,
Real Parties in Interest.

No. 75888

**FILED**

FEB 28 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This matter comes before the court on an original petition for a writ of prohibition or mandamus arising out of a class-action complaint asserting constitutional and other minimum-wage-based claims. Having reviewed the petition and its supporting documents, we are not persuaded that our extraordinary and discretionary intervention is appropriate. NRS 34.160; NRS 34.320; *see MDC Rests., LLC v. Eighth Judicial Dist. Court,* 134 Nev., Adv. Op. 41, 419 P.3d 148, 151 (2018). To discuss aggregation without considering the 2019 amendments to NRCP 23—which the district court did not consider and the parties do not discuss—seems more likely to complicate than clarify the law. *See Archon Corp. v. Eighth Judicial Dist. Court,* 133 Nev., Adv. Op. 101, 407 P.3d 702, 708 (2017) (holding that

advisory mandamus should only issue to address "the rare question" that is fully developed and likely to recur without interlocutory review). At the same time, the status of Jane Doe Dancer I and the components of her and the other class representatives' claims are unclear. *See Buckwalter v. Eighth Judicial Dist. Court*, 126 Nev. 200, 201, 234 P.3d 920, 921 (2010) (noting this court does not entertain writ petitions challenging denial of motions to dismiss that are fact-bound). Accordingly, and without opining on the merits of the arguments presented, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

cc: Hon. Linda Marie Bell, Chief Judge
Greenberg Traurig, LLP/Las Vegas
Bighorn Law
Eighth District Court Clerk